# AFFIDAVIT FOR ARREST

Georgia, Bartow County

Personally came ___D. E. MOORE___ who on oath says that, to the best of his knowledge and belief, ___William T. Burton___ did, in Bartow County, commit the offense of ___Possession of Firearms By Convicted Felons 16/11/13___ between the hours of ___11:01___ A.M. and ___11:15___ A.M., on the ___1___ day of ___May___ 20 12

The place of occurrence of said offense being ___Evergreen Pawn        Adairsville GA 30103___

Said offense being described as ___William T Burton did in Bartow county and in/to the city limits of Adairsville commit the offense of Possession of Firearm By Convicted Felons when He Pawn a Remington 30-06/ mod 4/Rifle Serial # A4048317 to Evergreen Pawn in the amount of 275.00 OCGA. 16-11-131___

___Case # 12-05-00427___

and this deponent makes this affidavit that a warrant may issue for his arrest.

Sworn to and subscribed before me this ___10th___ day of ___May___ 20 12

___Charles B Jones___
Magistrate

___Danny Moore___
Affiant.

# STATE WARRANT FOR ARREST

Georgia, Bartow County

To any sheriff, deputy sheriff, coroner, constable, or marshal of said Georgia - Greetings:

For sufficient causes made known to me in the above affidavit, you are hereby commanded to arrest the accused named in the foregoing affidavit, charged by the prosecutor therein with the offense against the laws of this State at the time, place, and manner named in said affidavit, and bring him before me or some other judicial officer of this State to be dealt with as the law directs. Herein fail not.

This ___May 10th___ 20 12

___Charles B Jones___
Magistrate

___2:15 PM___

EXHIBIT 4
WIT: Moore
DATE 11-10-15 CR: 71
DONOVAN REPORTING

No. 59967

STATE WARRANT

Magistrate Court Docket:

Sheriff's Docket:

The State of Georgia vs.

William T. Burton

Residence Adairsville GA 30103

Race/Sex W|M

SS #

D.O.B. 1957

Major D. E. Moore        Prosecutor

Residence 100 Public Sq        Adairsville GA. 30103

Phone: 770-773-7711

Superior Court Case

# AFFIDAVIT FOR ARREST

Georgia, Bartow County

Personally came _D. E MOORE_ who on oath says that, to the best of his knowledge and belief, _William T Burton_ _16-11-131_ did, in Bartow County, commit the offense of _Possession of Firearms By Convicted Felons_ between the hours of _11:10_ A.M. and _11:15_ A.M., on the _1_ day of _May_ 20 _12_

The place of occurrence of said offense being _EVERGREEN PAWN Adairsville GA. 30103_

Said offense being described as _William T. Burton Did in Bartow county And within the City Limits of Adairsville commit The offense of Possession of Firearm By Convicted Felons when He Pawn a Winchester model 1300 Featherlite Caliber 12 GA Type shot used Single Pump Blue Strl Gun in the Amount of 175.00 to Evergreen Pawn_

_(O.C.G.A 16-11-131)_
_CASE # 12-05-00427_

and this deponent makes this affidavit that a warrant may issue for his arrest.

Sworn to and subscribed before me this _10th_ day of _May_ 20 _12_

_Charles B Jones_
Magistrate

_Danny Moore_
Affiant.

## STATE WARRANT FOR ARREST

Georgia, Bartow County

To any sheriff, deputy sheriff, coroner, constable, or marshall of said Georgia - Greetings:

For sufficient causes made known to me in the above affidavit, you are hereby commanded to arrest the accused named in the foregoing affidavit, charged by the prosecutor therein with the offense against the laws of this State at the time, place, and manner named in said affidavit, and bring him before me or some other judicial officer of this State to be dealt with as the law directs. Herein fail not.

This _May 10Th_ 2012

_Charles B Jones_
Magistrate
_215 PM_

---

No. 50368

STATE WARRANT

Magistrate Court Docket

Sheriff's Docket

The State of Georgia
vs.

_William T Burton_

Residence _Adairsville GA 30103_

Race/Sex _W/M_

SS# ▮▮▮▮▮

D.O.B. _1957_

_Major D. E. Moore_ Prosecutor

Residence _100 Public Sq._
_Adairsville GA. 30103_

Phone: _770-773-7711_

Superior Court Case