| | | | | |
|---|---|---|---|---|
| PLEDGOR:<br>William T. Burton<br>█████████<br>Adairsville, GA 30103 | Evergreen Pawn<br>6415 J.F.H. Pkwy.<br>(770) 769-9096<br>**P A W N** | | | 11156<br>DATE 05/01/12 |
| CO-PLEDGOR:<br>None | ID NUMBER | BIRTHDATE | HEIGHT SEX RACE | DUE DATE 05/31/12 |
| EMPLOYEE  TIME<br>Tammy_S   11:01:53 | ████████<br>GA Driver's License | ████/57 | 6' 04"   M   W | STATED |

| ITEM # | QTY | DESCRIPTION | SERIAL # | VALUE |
|---|---|---|---|---|
| 1228 | 1 | Winchester12 Ga/mod1300 | L2190156 | 175.00 |
| | | Winchester Model 1300 Featherlite Caliber: 12 Ga Type: Shot Used Barrel: Single Pump Blue Steel | | |
| 1229 | 1 | Remington30-06/mod4/rifl | A4048317 | 275.00 |
| | | Remington Model 4 Caliber: 30-06 Type: Rifl Used Barrel: Single Semi-Auto Blue Steel Redfield Scope 3x9 | | |

\*\*\* PLEASE READ YOUR TICKET \*\*\*

| | |
|---|---|
| Amount you must pay to redeem this ticket on or before the original due date or after the 1st or 2nd 30 day extension as long as all other fees and charges have been kept current. | $562.50 |
| Amount you must pay to redeem this ticket after the 3rd 30 Day extension if all fees and charges have been kept current: | $506.25 |

This is a pawn transaction. Failure to make your payments as described in this document can result in the loss of the pawned item. The pawnbroker can sell or keep the item(s) if you have not made all payments by the specified maturity date. The length of this transaction is thirty(30) days. It can only be renewed with agreement of both parties and only for thirty(30) day incremental periods. Unless this pawn transaction involves a motor vehicle title, you have a ten(10) day grace period after the maturity date within which you can redeem this transaction. If this transaction does involve a motor vehicle or motor vehicle certificate of title you have a thirty(30) day grace period after the maturity date within which you can redeem this transaction.

In return for a loan of money pledgor agrees to give lender a security interest in unencumbered titled personal property owned by pledgor. If you do not redeem the pledged goods before the expiration of the grace period, and we do not agree to renew this transaction, the pledged goods become the property of the pawnbroker. Any costs to ship the pledged items to the pledgor or seller can be charged to same, along with a handling fee to equal no more than 50% of the actual costs to ship pledged items. A $2.00 fee can be charged for each lost or destroyed pawn ticket.



EXHIBIT 1
WIT: moon
DATE: 11-10-13  CR: ⟲
DONOVAN REPORTING

APR FOR THE FIRST 30 DAYS AND THE 1ST AND 2ND 30 DAY EXTENSION   300.00 %
APR FOR 30 DAY EXTENSIONS AFTER THE 2ND EXTENSION   187.50 %

AMOUNT TO RENEW THIS TICKET

$112.50

_____
Pledgor's Signature

_____              _____
Co-Pledgor's Signature           Lender's Signature

RIGHT INDEX FINGER

LOAN   INTEREST   FEES 1   FEES 2   BALANCE FORWARD   PAST DUE   TOTAL DUE

Evergreen Pawn
Police Report
Report Range 05/01/12 to 05/08/12



William T. Burton
Adairsville, GA 30103

Felon

BIRTHDAY /57
HAIR BRN
EYES BLU
HEIGHT 6' 04"

SEX M
RACE W
WEIGHT 238

Check out

ID/#1 State Issued Driver's License - GA

| TYPE | TICKET# | ITEM# | DATE | DESCRIPTION | SERIAL |
|---|---|---|---|---|---|
| Pawn | 11156 | 1228 | 05/01/12 | Winchester 12 Ga/mod1300 Featherlite/shot | L2190156 |
| | | | | Winchester Model 1300 Featherlite Caliber: 12 Ga Type: Shot Used Barrel: Single Pump Blue Steel | |
| Pawn | 11156 | 1229 | 05/01/12 | Remington 30-06/mod4/rifl | A4048317 |
| | | | | Remington Model 4 Caliber: 30-06 Type: Rifl Used Barrel: Single Semi-Auto Blue Steel Redfield Scope 3x9 | |

Jno lee
770 598-9834